Case 4:21-cv-03308   Document 13   Filed on 01/20/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CABINETS TO GO, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 4:21-cv-3308 |
| | ) | |
| | ) | |
| **RTG CABINETS LLC** | ) | **DEMAND FOR JURY TRIAL** |
| **Defendant.** | ) | |
| | ) | |

**[PROPOSED] SCHEDULING/DOCKET CONTROL ORDER**

Anticipated Length of Trial: __3__ Days          Jury:__ X __     Non-Jury:_____

1. NEW PARTIES shall be joined by:                February 22, 2022

   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:          July 1, 2022

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:          August 1, 2022

4. FACT DISCOVERY must be completed by:          June 1, 2022

   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. EXPERT DISCOVERY must be completed by:   September 1, 2022

6. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions in limine) will be filed by:   October 18, 2022
   (Due 90 Days Prior to Trial Date)

7. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE (The Court will fill in this date)   January 9, 2023
   (Due Monday one week before trial)

8. TRIAL will begin at 9:00 a.m.

   January 17, 2023
   (15 Months from date case is filed)

\_1/20/2022\_
Date

Keith P. Ellison
United States District Judge

January 18, 2022              /s/Norma N. Bennett
Date                          Counsel for Plaintiff

January 18, 2022              /s/Rachael Stuhr
Date                          Counsel for Defendant

2